No. 92–7678.   POWER *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 92–7686.   NEGRETE *v.* CALIFORNIA (two cases).   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 92–7687.   HALL *v.* SAN DIEGO COUNTY DEPARTMENT OF SOCIAL SERVICES.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 92–7688.   JONES *v.* HAMILTON ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 92–7690.   JOHNSON *v.* WOLFF ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 92–7693.   HARPER *v.* BURTON, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 92–7696.   SOLLARS *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 92–7697.   SALAS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 92–7700.   SIMMONS *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 92–7701.   HOOPER *v.* DISTRICT OF COLUMBIA.   C. A. D. C. Cir.   Certiorari denied.

No. 92–7710.   EMERSON *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 92–7713.   WILSON *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY.   C. A. 9th Cir.   Certiorari denied.

No. 92–7714.   TOMS *v.* OHIO UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.   Ct. App. Ohio, Clark County.   Certiorari denied.

No. 92–7715.   TURNER *v.* TEXAS.   Ct. App. Tex., 1st Dist.   Certiorari denied.

No. 92–7717.   MCPETERS *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.